# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

UNITED STATES OF AMERICA     §
    §
vs.     §     NO:  AU:26-CR-00251(1)-ADA
    §
(1) MITCHELL SLENTZ     §

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 29, 2026, wherein the defendant (1) MITCHELL SLENTZ waived appearance before this Court and appeared before United States Magistrate Judge Dustin M. Howell for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) MITCHELL SLENTZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) MITCHELL SLENTZ 's plea of guilty to Count One (1) and Two (2) is accepted.

Signed this 13th day of July, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE